Opinion issued September 6, 2007








 






In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00435-CV






IN RE ENRON CREDITORS RECOVERY CORP., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Enron Creditors Recovery Corp.
("Enron Corp."), challenges the trial court's (1) May 21, 2007 order compelling
production of certain documents, which Enron Corp. contends are privileged.

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Justices Taft, Jennings, and Alcala.

 

1. 
 -